### COCKRELL v. STATE.
### No. 188830.

Court of Criminal Appeals of Texas.

Feb. 24, 1937.

A. Q. Mustain, of Aubrey, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for aggravated assault; punishment, a fine of $25 and ninety days in the county jail.

The record is here without statement of facts or bills of exception.

No error appearing, the judgment is affirmed.